**2004–2125.  State v. Seal.**

Lake App. No. 2003–L–163, 2004-Ohio-5938. On motion for stay of court of appeals' judgment. Motion denied.

**2004–2139.  State v. Burton.**

Licking App. No. 2004CA00027. On motion for leave to file delayed appeal. Motion granted. RESNICK and O'CONNOR, JJ., dissent.

**2004–2147.  State v. Malone.**

Marion App. No. 9–04–46. On motion for leave to file delayed appeal. Motion denied. MOYER, C.J., and PFEIFER, J., dissent.

**2005–0010.  State v. Bibbs.**

Cuyahoga App. No. 83955, 2004-Ohio-5604. On motion for leave to file delayed appeal. Motion denied. MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2005–0021.  State v. Levy.**

Cuyahoga App. No. 83114, 2004-Ohio-4489. On motion for leave to file delayed appeal. Motion granted. RESNICK, LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2005–0035.  State v. West.**

Cuyahoga App. No. 83779, 2004-Ohio-5212. On motion for leave to file delayed appeal. Motion denied. MOYER, C.J., and PFEIFER, J., dissent.

**2005–0182.  State v. Schmiesing.**

Darke App. No. 1640, 2005-Ohio-56. On motion for stay of court of appeals' judgment. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2004–1668.  State ex rel. Ohio Congress of Parents and Teachers v. State Bd. of Edn.**

Franklin App. No. 03AP–508, 2004-Ohio-4421. Discretionary appeal accepted; cross-appeal of State Bd. of Edn. accepted on Propositions of Law II, III, and IV; cross-appeal of Community Schools accepted on Propositions of Law II, III, and IV; and cross-appeal of White Hat Mgt. L.L.C. accepted.

MOYER, C.J., RESNICK and PFEIFER, JJ., would also accept the cross-appeals of State Bd. of Edn. and Community Schools on Propositions of Law I.

O'DONNELL, J., dissents.

**2004–1829.  Cincinnati v. Baskin.**

Hamilton App. No. C–030864, 158 Ohio App.3d 539, 2004-Ohio-5055, 817 N.E.2d 433.

RESNICK, O'DONNELL and LANZINGER, JJ., dissent.

**2004–1862.  Reinhart v. Bur. of Workers' Comp.**

Franklin App. No. 04AP–157. Discretionary appeal accepted; cause held for the decision in 2004–1738, *Parsons v. Bur. of Workers' Comp.*, Franklin App. No. 03AP–772, 2004-Ohio-4552; and briefing schedule stayed.

PFEIFER and O'DONNELL, JJ., dissent.

**2004–1877.  State v. Saxon.**

Cuyahoga App. No. 83889, 2004-Ohio-5017.

PFEIFER and O'CONNOR, JJ., dissent.